TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
JAN 0 6 2022
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 22- 01 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846<br>(Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| JESSICA RACHEL GRAFF,  Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Count II)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

|  | **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

Beginning in approximately January of 2021, and continuing until approximately September 15, 2021, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, JESSICA RACHEL GRAFF, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about September 15, 2021, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, JESSICA RACHEL GRAFF,

//

//

//

//

//

knowingly and unlawfully possessed with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____ For
LEIF M. JOHNSON
United States Attorney

_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

3